# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| GERBER LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:19-CV-40 CAS |
| | ) | |
| PATRICK YATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

This matter is before the Court for examination pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff Gerber Life Insurance Company commenced this interpleader action on January 11, 2019, naming ten persons as defendants. A review of the Court file shows that defendants Patrick Yates and Anthony Bove have not been served in this matter nor has service been waived on their behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the plaintiff, is directed to dismiss an action against a defendant upon whom service has not been made within 90 days after the filing of the complaint. The Rule 4(m) period for service expires April 11, 2019, 90 days after the filing of plaintiff's complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Gerber Life Insurance Company shall promptly cause service to be effected upon defendants Patrick Yates and Anthony Bove, and not later than April 15, 2019, file proof of service with the Court. In the event plaintiff cannot cause service to

be effected on Patrick Yates and Anthony Bove prior to April 11, 2019, plaintiff shall file a motion for extension of time to obtain service on the defendants.

_____

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  26th   day of March, 2019.